# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| JESUS PEREZ | § | |
| Plaintiffs, | § § § | |
| V. | § | CIVIL ACTION NO. 2:16-CV-60-AM-CW |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND ZACHARY HARRALSON | § § § § § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of _____, 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

ATTORNEY FOR DEFENDANT

LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Telephone: (956) 994-0057
Facsimile: (800) 507-4152
Lawrencelawfirm@gmail.com

By: _____
LARRY W. LAWRENCE, JR.
State Bar No: 00794145
MICHAEL LAWRENCE
State Bar No. 24055826

ATTORNEYS FOR PLAINTIFF