76666.0147

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| JESUS PEREZ § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 2:16-CV-60-AM-CW |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY AND § | |
| ZACHARY HARRALSON § | |
| § | |
| Defendants § | |

## JOINT STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT

Now come Plaintiff, JESUS PEREZ and Defendants, TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND ZACHARY HARRALSON and in response to the Court's Order submit this JOINT STATUS REPORT.

1. The Parties have settled this case and a STIPULATION OF DISMISSAL was filed on May 24, 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: /s/ Robert Scheihing
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANTS**

LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Telephone: (956) 994-0057
Facsimile: (800) 507-4152
Lawrencelawfirm@gmail.com

By: _____
LARRY W. LAWRENCE, JR.
State Bar No. 00794145
MICHAEL LAWRENCE
State Bar No. 24055826

**ATTORNEYS FOR PLAINTIFF**