IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUN 1 9 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

| | |
|---|---|
| JESUS PEREZ, § | |
| Plaintiff, § | |
| § | Civil Action No. |
| v. § | DR-16-CV-60–AM/CW |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY AND § | |
| ZACHARY HARRALSON, § | |
| Defendants. § | |

### ORDER

On May 24, 2017, the parties filed a joint stipulation of dismissal that complies with the requirements of Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 12.) The Court therefore **ORDERS** that all of the claims in this lawsuit be **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and expenses. The Court further **ORDERS** that a clerk's judgment shall immediately issue in this case, terminating the present cause of action and any pending motions.

SIGNED this 19th day of June, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE